## GEISTER v. FOSTER.

No. 16468—Opinion Filed Sept. 15, 1925.

(Syllabus.)

Appeal and Error—Failure to File Brief—Dismissal.

An appeal will be dismissed where brief of plaintiff in error is not filed within the time provided by the rules of the court.

Error from County Court, Comanche County; John Manning, Judge.

Action between Mrs. Mary Geister and J. W. Foster. From the judgment, the former brings error. Dismissed.

John H. Tyree, for plaintiff in error.

Stevens & Cline, for defendant in error.

PER CURIAM. Defendant in error moves the court to dismiss appeal for failure of plaintiff in error to file brief. This appeal was filed on the 1st day of June, 1925, and no brief has been filed, and no showing made why same has not been done. The time having expired under the rules of this court, the appeal is dismissed.

Note.—See under (1) 3 C. J. p. 1440, § 1604; 4 C. J. p. 571, § 2380.